IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON COOLEY, # 332619, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-215-TFM-B |
| | ) |
| DAVID LAMAR, | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Jason Cooley's petition under 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED with prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 15th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE